UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN LASH,<br><br>                    Plaintiff,<br><br>     v.<br><br>STANDARD INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. C17-1646JLR<br><br>ORDER |

Pursuant to the court's scheduling order (Sched. Order (Dkt. # 13) at 2), counsel for Plaintiff Susan Lash contacted the court to request a conference regarding two discovery requests: (1) a request for performance evaluations and financial bonuses over a five-year period for Defendant Standard Insurance Company's ("Standard") five employees who handled Ms. Lash's claim, and (2) an interrogatory seeking information regarding Standard's physician consultant's conclusions about functional limitations and restrictions. The court ORDERS the parties to file separate statements of no more than

ORDER - 1

two (2) pages further explaining the nature of the discovery dispute, setting forth the standard for the discovery of such materials, and providing brief argument in support of their positions. The parties must file their statements no later than Tuesday, May 15, 2018, at 12:00 p.m. After the court reviews the parties' statements, the court will inform the parties of next steps for resolution of this dispute.

Dated this 8th day of May, 2018.

JAMES L. ROBART
United States District Judge