UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN LASH, | CASE NO. C17-1646JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STANDARD INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' statements regarding a discovery dispute. (*See* Pl. Statement (Dkt. # 18); Def. Statement (Dkt. # 19).) Based on the issues raised in the statements, the court ORDERS the parties to appear for a telephonic hearing regarding

//

//

MINUTE ORDER - 1

1   the dispute on Tuesday, May 29, 2018, at 3:00 p.m.  The Courtroom Deputy will contact

2   the parties with instructions for appearing at the telephonic hearing.

3        Filed and entered this 16th day of May, 2018.

4

                            WILLIAM M. MCCOOL
                            Clerk of Court

5

                            s/ Ashleigh Drecktrah

6                             Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22