HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN LASH,

    Plaintiff

v.

STANDARD INSURANCE COMPANY,

    Defendant.

CASE NO. C17-1646-JLR

AGREED MOTION AND **PROPOSED** ORDER REGARDING USE OF MODEL STIPULATED PROTECTIVE ORDER WITH SLIGHT MODIFICATIONS

NOTED ON MOTION CALENDAR:
**June 20, 2018**

## AGREED MOTION

The parties, through their undersigned counsel of record, jointly move this Court to enter the Protective Order attached hereto as Dkt. No. 22-1.

The Protective Order is based on the Western District of Washington's Model Stipulated Protective Order. It has been signed by Plaintiff's counsel and by counsel for Lone Star Consulting Services, LLC d/b/a MES Peer Review Services ("MES"), and concerns documents to be produced by MES in response to a subpoena duces tecum Plaintiff served on that business. The Order has been modified slightly to reflect that it is an agreement between Plaintiff and a

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 1

No. 2:17-cv-01646-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614  Fax 206.905-2342

non-party, rather than a party to this action. A redlined copy showing the modifications is attached hereto as Dkt. No. 22-2.

Respectfully submitted this 20th day of June 2018.

LAW OFFICE OF MEL CRAWFORD

By *s/Mel Crawford*
   Mel Crawford, WSBA # 22930
   melcrawford@melcrawfordlaw.com
Attorney for Plaintiff

JENSEN BAKER MORSE PLLC

By_____
   Gabriel Baker, WSBA No. 28473
   gabe.baker@jmblawyers.com
   Steven D. Jensen, WSBA No. 26495
   steve.jensen@jmblawyers.com
Attorneys for Defendant

## II. ORDER

Pursuant to the parties' agreed motion, it is so ORDERED. Plaintiff may file the Stipulated Protective Order as that document appears at Dkt. No. 22-1.

Dated this 21st day of June 2018.

_____
James L. Robart
United States District Judge

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 2

No. 2:17-cv-01646-JLR

LAW OFFICE OF MEL CRAWFORD
9425 35th Avenue N.E., Suite C
Seattle, Washington 98115
Tel 206.694-1614 Fax 206.905-2342

1

<u>CERTIFICATE OF SERVICE</u>

2

I certify that on the date noted below I electronically filed this document entitled

3

AGREED MOTION AND PROPOSED ORDER REGARDING USE OF MODEL

4

STIPULATED PROTECTIVE ORDER WITH SLIGHT MODIFICATIONS with the Clerk of

5

the Court using the CM/ECF system which will send notification of such filing to the following

6

persons:

7

<u>Attorneys for Defendant:</u>

8

Gabriel Baker

9

Laura Morse
Steven D. Jensen

10

Jensen Morse Baker, PLLC
216 First Avenue South, Suite 204

11

Seattle, WA 98104

12

DATED this 20th day of June 2018 at Seattle, Washington.

13

14

*s/Mel Crawford*

15

Mel Crawford

16

17

18

19

20

21

22

23

24

25

26

27

AGREED MOTION AND PROPOSED ORDER RE:
USE OF MODEL PROTECTIVE ORDER - 3

No. 2:17-cv-01646-JLR